▪ Nopco Chemical Company, Appellant, v. Nathan Milner et al., Copartners Doing Business as East New York Products Co., Respondents.— Motion by appellant for reargument referred to the court that rendered the decision. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

---

## (March 14, 1961)

▪ Paul Gale et al., Doing Business under the Name of Gale-Oppenheimer, Respondents, v. Independent Textile Dyeing Co., Inc., Appellant, et al., Defendants.— Motion by respondents to dismiss appeals denied, on condition that appellant perfect the appeals and be ready to argue or submit them at the May Term, beginning April 24, 1961; appeals ordered on the calendar for said term peremptorily against appellant. The record and appellant's brief must be served and filed on or before April 7, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.